# UNITED STATES DISTRICT COURT
# WESTERN WASHINGTON OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DARRYL WILLIAM YOUNG,<br><br>    Plaintiff,<br><br>vs.<br><br>ROB MCKENNA, et al.,<br><br>    Defendants. | CASE NO. C05-1746RSL-MJB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE |

The application by plaintiff for leave to proceed in forma pauperis was incomplete or defective as set forth in the memorandum from the clerk to plaintiff on 10/18/2005. The clerk advised plaintiff that failure to correct the deficiency or pay the filing fee on or before 11/17/2005 could result in dismissal of the case. Plaintiff has neither paid the filing fee nor adequately supplemented the application to proceed in forma pauperis.

It is therefore ORDERED:

(1) The application to proceed in forma pauperis is DENIED;

(2) The case is DISMISSED;

(3) The clerk is directed to send copies of this Order to plaintiff and to Magistrate Judge Monica J. Benton.

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS AND
DISMISSING CASE - C05-1746-RSL-MJB    1

Dated this 28th day of November, 2005.

*[signature: Robt S Lasnik]*
Robert S. Lasnik
United States District Judge

Recommended for entry this
28th day of November 2005.

<u>s/ Monica J. Benton</u>
MONICA J. BENTON
United States Magistrate Judge

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS AND
DISMISSING CASE - C05-1746-RSL-MJB        2