UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARRYL WILLIAM YOUNG,

    Petitioner,

  v.

ROB MCKENNA, *et al.*,

    Defendants.

Case No. C05-1746L

ORDER VACATING ORDER OF DISMISSAL; ORDER REOPENING AND REFERRING CASE

This matter comes before the Court on a motion filed by petitioner Darryl William Young ("petitioner") to reconsider the Court's prior order dismissing the case for failure to pay the filing fee or file an adequate application to proceed *in forma pauperis*. (Dkt. #5). Petitioner states that the Court ordered him to correct the deficiency or pay the filing fee by November 17, 2005, and that he paid the fee on October 31, 2005. A review of the docket in this case shows that petitioner paid the filing fee on October 31, 2005, but that due to a clerical error, the payment was not posted until December 12, 2005.

Accordingly, the order dismissing the case (Dkt. #4) is VACATED. The Clerk of the Court is directed to reopen this case. Petitioner's § 2241 Petition for Writ of Habeas Corpus is

ORDER VACATING ORDER OF DISMISSAL;
ORDER REFERRING AND REOPENING CASE - 1

1  referred to United States Magistrate Judge Monica J. Benton.

3       DATED this 12th day of December, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

28  ORDER VACATING ORDER OF DISMISSAL;
ORDER REFERRING AND REOPENING CASE - 2