1

2

3

4

5                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
6                                    AT SEATTLE

7

DARRYL WILLIAM YOUNG,                    )
8                                        )
              Petitioner,                )    CASE NO.      C05-1746-RSL-MJB
9                                        )
       v.                                )
10                                       )
ROB MCKENNA, *et al.*,                   )     ORDER GRANTING PETITIONER'S
11                                       )    MOTION FOR RECONSIDERATION;
                                         )    DIRECTING SERVICE OF
12                                       )    § 2241 PETITION
              Respondents.               )
13    _____)

14

15          Petitioner is a federal prisoner who has filed a *pro se* petition for habeas corpus pursuant

16    to 28 U.S.C. § 2241.  On November 29, 2005, the court dismissed this case for petitioner's failure

      to pay the filing fee.  (Doc. #4).  However, petitioner has submitted a motion for reconsideration
17
      demonstrating that in fact his mother paid the filing fee.  (Doc. #5).  Therefore, the court
18
      GRANTS the motion for reconsideration and the Clerk shall reopen this case.  In addition, the
19
      court does hereby find and ORDER as follows:
20
             (1)     The Clerk shall arrange for service upon respondents – the Washington State
21
      Attorney General and Warden Charles Daniels – of copies of the petition, of all documents in
22
      support thereof, and of this Order by registered or certified mail, return receipt requested.  The
23
      Clerk shall also direct a copy of this Order to petitioner.
24
             (2)     Within **thirty (30) days** after such service, respondents shall show cause why a
25
      writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243.
26

ORDER GRANTING MOTION FOR RECONSIDERATION; SERVICE, § 2241 PETITION
PAGE 1

As a part of such return, respondents should state whether an evidentiary hearing is necessary and shall submit a memorandum of authorities in support of that position. Respondents shall file the return with the Clerk of the Court and serve a copy upon petitioner.

(3)    **On the face of the return, respondents shall note it for consideration on the fourth Friday after it is filed, and the Clerk shall note the return accordingly.** Petitioner may file and serve a response not later than on the Monday immediately preceding the Friday designated for consideration of the matter. Respondents may file and serve a reply brief not later than the date designated for consideration of the matter.

(4)    The Clerk shall direct a copy of this Order to the Honorable Monica J. Benton.

DATED this 13th day of December, 2005



Robert S. Lasnik
United States District Judge


Recommended for Entry
this 12th of December, 2005

/s/Monica J. Benton
MONICA J. BENTON
United States Magistrate Judge


ORDER GRANTING MOTION FOR RECONSIDERATION; SERVICE, § 2241 PETITION
PAGE 2