1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DARRYL WILLIAM YOUNG, | ) | |
| | ) | |
| Petitioner, | ) | CASE NO.   C05-1746-RSL-MJB |
| | ) | |
| v. | ) | |
| | ) | |
| ROB MCKENNA, *et al.*, | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION FOR RECONSIDERATION; |
| | ) | DIRECTING SERVICE OF |
| | ) | § 2241 PETITION |
| Respondents. | ) | |
| | ) | |

Petitioner is a federal prisoner who has filed a *pro se* petition for habeas corpus pursuant to 28 U.S.C. § 2241.  On November 29, 2005, the court dismissed this case for petitioner's failure to pay the filing fee.  (Doc. #4).  However, petitioner has submitted a motion for reconsideration demonstrating that in fact his mother paid the filing fee.  (Doc. #5).  Therefore, the court GRANTS the motion for reconsideration and the Clerk shall reopen this case.  In addition, the court does hereby find and ORDER as follows:

(1)   The Clerk shall arrange for service upon respondents – the Washington State Attorney General and Warden Charles Daniels – of copies of the petition, of all documents in support thereof, and of this Order by registered or certified mail, return receipt requested.  The Clerk shall also direct a copy of this Order to petitioner.

(2)   Within **thirty (30) days** after such service, respondents shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243.

ORDER GRANTING MOTION FOR RECONSIDERATION; SERVICE, § 2241 PETITION
PAGE 1

1 As a part of such return, respondents should state whether an evidentiary hearing is necessary and
2 shall submit a memorandum of authorities in support of that position.  Respondents shall file the
3 return with the Clerk of the Court and serve a copy upon petitioner.

4     (3) **On the face of the return, respondents shall note it for consideration on the**
5 **fourth Friday after it is filed, and the Clerk shall note the return accordingly.** Petitioner
6 may file and serve a response not later than on the Monday immediately preceding the Friday
7 designated for consideration of the matter.  Respondents may file and serve a reply brief not later
8 than the date designated for consideration of the matter.

9     (4) The Clerk shall direct a copy of this Order to the Honorable Monica J. Benton.

10 DATED this 13th day of December, 2005

                                              */s/ Robert S. Lasnik*
                                              Robert S. Lasnik
                                              United States District Judge

Recommended for Entry
this 12th of December, 2005

/s/Monica J. Benton
MONICA J. BENTON
United States Magistrate Judge

ORDER GRANTING MOTION FOR RECONSIDERATION; SERVICE, § 2241 PETITION
PAGE 2